IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40588
Conference Calendar
_____


KENNETH D. FORD,

Plaintiff-Appellant,

versus

HARRY E. KINKER, II, Assistant
Warden, Coffield Unit, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-622
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Kenneth D. Ford, Texas state prisoner #588298, appeals from the district court's dismissal of his civil rights complaint as frivolous.  His claim of purported violations of his constitutional rights in connection with a prison disciplinary proceeding is premature under Heck v. Humphrey, 512 U.S. 477, 486-87 (1994).  See Edwards v. Balisok, 117 S. Ct. 1584, 1589

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(1997).  The district court therefore did not abuse its discretion by dismissing the claim as frivolous.

Ford's appeal is without arguable merit and is thus frivolous.  Because the appeal is frivolous, it is DISMISSED. See 5th Cir. R. 42.2.

APPEAL DISMISSED.